CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Eduardo Ramirez-Nava**<br>DOB: 1990; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-02021MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 1, 2024, in the District of Arizona, **Jose Eduardo Ramirez-Nava**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Usiel Contreras-Lopez and Luis Angel Armenta-Ruiz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 1, 2024, in the District of Arizona (Douglas), Border Patrol Agents (BPAs) were alerted of a grey Nissan SUV bearing Arizona license plate 4SA84P that was observed traveling eastbound from Douglas, Arizona on State Route (SR) 80. BPAs were also notified of outstanding groups of suspected Undocumented Non-Citizens (UNCs) in the eastern part of the Douglas Border Patrol Station Area of Responsibility (AOR). BPAs noted the eastern part of the Douglas AOR does not have any gas stations or stores and is scarcely populated with the majority being ranchers or farmers. As BPAs drove to their assigned area, they observed a vehicle matching the description now traveling westbound on SR 80 near the Speedway gas station and they turned around and began following the vehicle. BPAs were able to confirm it was the same Nissan SUV bearing license Arizona license plate 4SA84P, confirming the vehicle traveled east from Douglas, performed a quick turnaround, and was now traveling back towards Douglas. BPAs ran a registration check on the vehicle and learned the vehicle was registered to a rental car company. The vehicle was observed turning northbound onto Highway 191 and BPAs followed where they noticed a front seat passenger and a rear seat passenger. At approximately 11:48 p.m., BPAs initiated a vehicle stop for an immigration inspection on the vehicle's occupants and the vehicle yielded near mile marker 4 on Highway 191. BPAs approached the vehicle and noticed four subjects in the vehicle, one subject sitting very low in the rear passenger seat attempting to conceal himself. BPAs conducted an immigration inspection and determined the driver, later identified as **Jose Eduardo RAMIREZ-Nava**, to be a United States citizen. The three passengers, to include Usiel Contreras-Lopez and Luis Angel Armenta-Ruiz, were all determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Usiel Contreras-Lopez and Luis Angel Armenta-Ruiz do not possess the proper documentation to enter, pass through or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Usiel Contreras-Lopez and Luis Angel Armenta-Ruiz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 2, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**

24-02021MJ

Material witness Usiel Contreras-Lopez stated he is a citizen of Mexico, and he paid 35,000 Mexican Pesos to illegally cross into the United States. Contreras stated he had not paid any money to the driver of the vehicle he was apprehended in or to any other member in his group. Contreras stated he was picked up by a grey car and he was planning on going above Tennessee but was usure of his final destination. Contreras stated the driver of the vehicle was taking him to Phoenix, Arizona and that the driver knew he was illegally present in the United States.

Material witness Luis Angel Armenta-Ruiz stated he is a citizen of Mexico, and he paid approximately $7,000 to be smuggled into the United States. Armenta stated he had not paid any money to the driver of the vehicle he was apprehended in or to any other member in his group. Armenta stated he was picked up by a vehicle driven by a man wearing a hood. Armenta stated he was planning on going to Mississippi but was not sure where the driver was taking him.